U.S. District Court – Southern District of Ohio Liu v. The Ohio State University

DOCUMENT INDEX

1. Table of Contents

2. Filing Fee Payment Statement &ao240_0&ao240ab 3. Motion for Temporary Restraining Order (TRO) 4.complaint

5. Memorandum in Support of TRO

6. Civil Cover Sheet

7.Summons

8.Supplemental Memorandum in Support of TRO

9. Exhibit List and Supporting Evidence **Exhibit A – Declaration of Yuhan Liu**

**Exhibit B – Medical Documentation (ER visit, discharge)**

**Exhibit C – SLDS Flex Plan + Course Letters**

**Exhibit D – Alternative Completion Proposal**

**Exhibit E – Retaliation Timeline / Email Block Evidence**

**Exhibit F – Comprehensive Timeline & Clarification Summary**

**Exhibit G – Past Medical Record**

**Exhibit H – Supporting Document 1 & 2**

**Exhibit I – Anticipated University Arguments**

**Exhibit J – Georgetown Law Admission Letter**

**Exhibit K – Exhaustion Explanation**

PAYMENT & ACCESS STATEMENT

To the Honorable Court:

I am submitting this TRO motion as a pro se litigant and respectfully request that the Court accept this paper filing while my motion for electronic filing access is pending.

Due to my current location outside the United States and lack of access to U.S. payment systems, I am unable to submit a check or money order. I do not have a personal credit card and have been forced to use my mother's card solely for printing and mailing costs. I do not wish to charge court fees to her account, and respectfully ask the Court not to process any fees to this number.

If the Court cannot proceed without payment, I respectfully request:

1. A temporary waiver or deferral of filing fees under the Court's discretion;

2. Or notification that I must file a separate Motion to Proceed In Forma Pauperis.

I am prepared to submit any additional forms, affidavits, or statements necessary. This matter is urgent and time-sensitive, and I have exhausted all internal remedies at the institutional level.

Thank you for your understanding.

Sincerely,

Yuhan Liu