

EXPRESS WORLDWIDE DOX DHL

From: Yuhan Liu
mingshicaifu b-1401
116000 dalian liaoning
China, Peoples Republic

To: U.S. District Court Southern District of Ohio
Clerk's Office
Joseph P. Kinneary U.S. Courthouse
Room 121, 85 Marconi Boulevard

43215 Columbus Ohio
United States of America

**US-CLU-CMH**

Ref: Pro Se Motion Yuhan Liu
1.0 kg  1/1

Contents: Documents - general business

WAYBILL 83 0047 1480