# Exhibit K

**Statement of Exhaustion of Administrative Remedies and Urgent Need for Judicial Relief**

**"I Tried Every Door — None Opened."**

Summary of Procedural Exhaustion and Institutional Deflection

**1. Internal Channels (Academic Side)**

- Academic Advisor: "I don't know what to do."
- Instructor (Prof. LWZ):
    - Said I was "too low-scoring" for alternatives;
    - Ignored all direct requests for alternative completion.
- Assistant Director (VC): "I have no authority."
- Associate Dean: Initially pushed me back to VC; later formally denied my request.
- Dean: Never responded, despite my full documentation and ODHE referral.
- Vice Provost (Dr. Jones): Told me I would receive no further response for escalating to the President.
    - I never received a response before or after that message.
- President and Board of Trustees: No response, even after ODHE told me to contact them.
- ADA Coordinator (Scott):
    - Redirected me to SLDS, despite being the last resort for ADA compliance.

**2. Administrative Systems**

- Student Advocacy / Academic Affairs: No response.
- SLDS (Disability Services):
    - Told me they could not arrange the final due to timing;
    - Repeatedly pushed responsibility to the instructor.
- Office of the Ombudsperson (OM):
    Contacted regarding Vice Provost Jones's refusal to communicate.
    Acknowledged receipt, offered procedural suggestions, but lacked enforcement power to intervene directly.
    Another door that could observe the harm — but not prevent it.

In parallel, I have submitted formal complaints to the following government and oversight agencies, and I am currently awaiting responses:

• U.S. Department of Education, Office for Civil Rights (OCR) – initially filed with the Cleveland regional office on April 17; due to no response, I refiled and the case was reassigned to the Denver regional office, with Chicago copied for transparency;

• U.S. Department of Justice (DOJ) Civil Rights Division;
• Ohio Civil Rights Commission (OCRC);
• Office of the Ohio Attorney General;
• ADA Information Line (U.S. Department of Justice);
• Family Educational Rights and Privacy Act (FERPA) Complaint Office;
• Ohio Department of Higher Education (ODHE).

In addition, I have contacted more than fifty individuals and organizations, including investigative journalists, elected officials, civil rights organizations, and the Governor of Ohio. The Governor's Office acknowledged receipt and forwarded my case to ODHE, which in turn referred me back to the OSU Board of Trustees. No other agency or official has provided meaningful or timely response, and the average processing time across these channels appears far too slow to prevent imminent academic harm.

Given that my official graduation date is approaching, my Incomplete coursework deadline is near, and my immigration (I-20) status is now jeopardized, I respectfully submit that an Ex Parte Temporary Restraining Order is the only remaining avenue available that can move quickly enough to protect my academic standing, legal rights, and personal well-being.

Every channel I was told to use — I did.
Every name I was given — I contacted.
The only consistent pattern?
"This isn't my job."

## 4.8 submit the formal request



Fowler received it and send to professor Luo.



## Flex plan application



## Martin -associate dean



RE: Urgent Request for Alternative Completion – MATH 4548

Martin, Andrew <martin 1026@o...

收件人: Fowler, Jim... Liu, Estelle

Thanks Jim, please let me know if there is anything I can do to assist.

Best
andrew

THE OHIO STATE UNIVERSITY

Andrew W. Martin
Associate Dean for Undergraduate Education
Professor of Sociology
114 University Hall, 230 North Oval Mall
Columbus, OH 43210
614-247-6541 Office
martin.1026@osu.edu

From: Fowler, Jim <fowler@math.osu.edu>
Sent: Monday, April 14, 2025 12:38 PM
To: Liu, Estelle <liu.10412@buckeyemail.osu.edu>; Martin, Andrew <martin.1026@osu.edu>
Subject: Re: Urgent Request for Alternative Completion – MATH 4548

Dear Estelle,

## Missed final scheduling



Missed Finals Scheduling Deadline (SP25)

Liu, Estelle <liu.10412@buckeye...
收件人: Liu, Estelle

发件人: Speas, Jenny <jheny.520@sunguetricourning.com>
日期: 星期二, 2025年4月14日 09:51
收件人: Estelle Liu <liu.10412@osu.edu>
主题: [SLDS] Missed Finals Scheduling Deadline (SP25)

OFFICE OF STUDENT LIFE
DISABILITY SERVICES

(Student Instructions: Please forward this email to your instructors to discuss options for finals. Remember, these options are at your instructor's discretion. If you instructor does not agree to any of these options, you will need to take the final without accommodations. For questions or assistance, please contact SLDS.)

Missed Finals Scheduling Deadline

To instructors of Estelle Liu.

## Academic Appeal and jones(vp&dus)notice



Formal Escalation – Academic Appeal for MATH 4548 (Final Graduation Requirement)

Liu, Estelle <liu.10412@buckeye...
收件人: The Office of Academic Affairs
抄送: Martin, Andrew; Jones, Norman

Estelle Liu - 04(11 ...          Academic Appeal_10-1
0612.txt                          84.kb

Estelle-is_Academic...            explanation .pdf
001.01                            0.77.KB

Estelle-is_Common...
57.KB

全部下载 ∨  预览全文

Dear Office of Academic Affairs,

My name is Estelle Liu, and I am a graduating senior in the College of Arts and Sciences. I am writing to formally escalate and submit an academic appeal regarding MATH 4548, the final requirement remaining for my undergraduate degree.

Over the past few weeks, I have attempted to resolve this issue through all recommended college-level channels, including outreach to the academic advisor, Vice Chair Fowler, SLDS, Associate Dean Martin, and Dean Horn. Despite these efforts and my documented SLDS accommodations, I have not been offered a viable or actionable academic completion path.

The previously listed ABC appeal email [asc_appeals@osu.edu] is inactive, and ASC Advising has redirected me to my academic advisor rather than providing a clear process for appeal submission. I am now at significant risk of delayed graduation and losing my graduate school placement.

Given the absence of a functioning appeals process at the college level, I am formally escalating this matter to the Office of Academic Affairs and respectfully request urgent review and intervention.

Redirect me to Fowler(vc)



Send Appeal to president



Martin rejected my appeal



**RE: clarification**

MA Martin, Andrew <martin.1026@o...
收件人: Liu, Estelle; Jones, Norman

Hi Estelle
I wanted to follow up on this based on the conversation I've had with Jenny Speas in SLDS. The college cannot approve your request for an alternative academic completion plan (the one you outline below) because there is no SLDS authorization for such an alternative, and there is no other academic reason to provide the alternative. The solution offered by Math, for an alternative space for the final exam, was approved by SLDS. I will say that Jenny Speas in SLDS was hoping to get in contact with you today; I would recommend following up with her.

I have provided the information below to Math, but again, SLDS has not authorized this alternative, and therefore the College (and OAA) cannot require them to provide this arrangement.

Again, my suggestion would be to follow up with Jenny Speas in SLDS.
Best
Andrew Martin

The Ohio State University

Andrew W. Martin
Associate Dean for Undergraduate Education
Professor of Sociology
114 University Hall, 230 North Oval Mall
Columbus, OH 43210
614-247-6641 Office
martin.1026@osu.edu

Shifting to SLDS

**RE: clarification**

MA Martin, Andrew <martin.1026@o... 2025年4月17日 星期四 下午3:37
收件人: Liu, Estelle; Jones, Norman

Hi Estelle
Thank you for your response. SLDS determines appropriate accommodations based on your Flex Plan, not the college or the department. That is the purpose of the office. Once those accommodations are communicated to the unit (in this case the Math Department), it provides those accommodations (an alternative location for your final exam in this case). Again, the academic units and the college rely on SLDS to provide guidance, which we then follow. I have alerted the Math Department to your request, in the absence of any additional guidance from SLDS they would make the final decision regarding your request.

I'm glad you are in contact with Jenny Speas. I have asked her to contact me if there is any additional updates regarding the accommodation plan
Best
Andrew Martin

The Ohio State University

Andrew W. Martin
Associate Dean for Undergraduate Education
Professor of Sociology
114 University Hall, 230 North Oval Mall
Columbus, OH 43210
614-247-6641 Office
martin.1026@osu.edu

The teacher asked me to go back to the original classroom for the exam and refused to provide the notes I requested for accommodation

**Course Accessibility Letter from SLDS**

LW Luo, Wenzhi <wluo@math.ohio-s... 2025年4月11日 星期五 下午6:20
收件人: Liu, Estelle; 抄送: Luo, Wenzhi

Hello,
I've received the Course Accessibility Letter from SLDS about your request
for accommodations in the course Math 4548 for Spring 2025.
Please schedule your Final Exam with SLDS immediately so that they can accommodate you to take
the test there.

Sincerely,
Wenzhi Luo
OSU Math Dept.





**Fw: Course Accessibility Letter from SLDS**

Luo, Wenzhi <wluo@math.ohio-s... 2025年4月14日 星期一 下午3:55
收件人: Liu, Estelle; 抄送: Luo, Wenzhi

midterm2-math454...
482.7 KB

Hello,
A copy of your Midterm Exam 2 is attached.
For your information, I use blackboard instead of lecture slides to give lectures, which follows
the textbook and course syllabus closely.

Is your request for exam accommodation at SLDS approved by SLDS? From my side I don't see
it has been scheduled (I guess the request perhaps was too late for them to accommodate) and
I can't upload your final exam to the system. If this is the case, then you will still need to take the
final exam at the usual classroom and time. Please double-check it with SLDS, and let me know.

Sincerely,
Wenzhi Luo

The instructor rejected my alternative completion request, citing insufficient grades.

**Re: Follow-up on Alternative Request – MATH 4548**

Fowler, Jim <fowler@math.osu.e... 2025年4月14日 星期一 上午6:52
收件人: Liu, Estelle

Dear Estelle,

Thank you very much for sharing your concerns openly.

Have you had a chance to talk with your advisor Rodica Barbu? Or one of the other advisors in the math advising office?

> Professor Luo has since responded to confirm the SLDS final exam schedule and encouraged me to attend the remaining lectures and office hours. However, there hasn't yet been any direct response or support related to the concerns I initially raised—particularly regarding how I should proceed given my ongoing psychological discomfort and my recent Flex Plan request through SLDS.

Given the psychological discomfort you've described, I strongly encourage you to continue working closely with SLDS, as they may be able to help communicate clearly and effectively about accommodations or further support options that may be available.

> While I'm continuing to manage my responsibilities and will complete the final exam through SLDS as scheduled, I'm increasingly concerned that — given my current limitations — I may not be able to pass the course at all. So far, I haven't been given any realistic path that would allow me to pass the course, and I'm not sure what to do.

I did receive some information from Professor Luo regarding your scores on the midterms, and given those scores, it appears it may indeed be difficult to achieve the required C–. With your situation, I **strongly recommend speaking with your academic advisor as soon as possible** to explore contingency plans or other strategies, particularly considering your upcoming graduate program.

If there's anything else that I can do to support you or advocate for your situation, please don't hesitate to let me know.

Fowler said he did not have the power to response.



**Re: Follow-up on Alternative Request – MATH 4548**

Fowler, Jim <fowler@math.osu.e... 2025年4月15日 星期二 上午7:54
收件人: Liu, Estelle

and without the assigned instructor is not something the department is able to support. The Undergraduate Committee has not approved an independent study course as a substitute for this course. We're not able to offer the kind of arrangement you're proposing.

I know this is disappointing, but I encourage you to speak with your ASC advisors to understand your options.

> Given the psychological accommodations documented in my SLDS file—and the fact that traditional formats have proven unworkable for me—I'm not asking for altered grading standards, only a viable way to demonstrate mastery and fulfill the course.

From the messages with the Access Specialist, Jenny Speas, it sounds like SLDS has provided the letter to Prof. Luo, which should allow you to receive SLDS support for the course. If there are additional questions about accommodations, please let me know so we can ensure you receive your accomodations.

> If it's not possible to arrange this internally, I may need to formally escalate my request to the Dean's Office or the Academic Appeals Committee. I do hope it can be resolved at the departmental level, and I remain willing to complete any academic work deemed appropriate.

The math department doesn't offer a one-on-one section of Math 4548. But you've already been in touch with Prof. Andrew Martin, the Associate Dean for Undergraduate Education, so that may be the most direct administrative avenue to escalate your complaint. Student Advocacy Services might be a good additional resource (https://advocacy.osu.edu).

Please let me know if there's anything else I can clarify or help with as this moves forward.

~jim

Martin redirected to Fowler.

**RE: Formal Escalation – Academic Appeal for MATH 4548 (Final Graduation Requirement)**

MA Martin, Andrew <martin.1026@o... 2025年4月15日 星期二 下午8:31
收件人: Liu, Estelle; The Office of Academic Affairs; 还有1个

Hi Estelle
Thank you for providing the SLDS letter; I have forwarded it to Jim Fowler. He will be reaching out to you to provide a distraction free space for your exam. Please follow up with Jim when he writes to you.
Best
Andrew

The Ohio State University

Andrew W. Martin
Associate Dean for Undergraduate Education
Professor of Sociology
114 University Hall, 230 North Oval Mall
Columbus, OH 43210
614-247-6641 Office
martin.1026@osu.edu

Let me go to another teaching building to take the exam with other mathematics students, or blur my alternative completion in the classroom to change the location.



**Testing in Student Academic Services Building**

Fowler, Jim <fowler@math.osu.e... 2025年4月21日 星期一 下午2:03
收件人: Liu, Estelle

Dear Estelle,

Thank you for your response.

As Vice Chair for Undergraduate Studies, my role is to ensure that the accommodations outlined in your SLDS accessibility letter are fully and appropriately implemented. Based on guidance from SLDS, the proctored exam I initially arranged in Math Tower 100A (with only myself and an observer present) was intended to meet the terms of your course accessibility letter for a distraction-reduced testing space.

That said, I understand that entering Math Tower is not possible for you. In response, I have reserved a different space for your Math 4548 exam on April 29 from 12:00 PM to 1:45 PM. Your exam will now take place in the Student Academic Services Building, Room 281. There's no need to check in at the front desk unless you would find that helpful for directions; just head to the second floor (via elevator or stairs) and proceed to the far eastern end of the building. The address is 281 W. Lane Avenue, Columbus, OH 43210. I will send a calendar invite.

I also wanted to clarify that the Department of Mathematics does not approve modifications to course structure or alternative completion pathways beyond the SLDS-approved accommodation.

I recognize this may be disappointing, and I appreciate the effort you've made to communicate your needs. If SLDS provides additional guidance or updated accommodations, I remain fully willing to implement them to the best of my ability.

~jim

**RE: Testing in Student Academic Services Building**

Martin, Andrew <martin.1026@o... 2025年4月22日 星期二 上午9:05
收件人: Liu, Estelle; Fowler, Jim; 抄送: Jones, Norman

Hi Estelle
As Professor Fowler indicated, the Math Department is following the accommodation guidelines put forth by SLDS. The college and department will follow any additional guidance from SLDS we receive in the next week.
Best
Andrew Martin

THE OHIO STATE UNIVERSITY

Andrew W. Martin
Associate Dean for Undergraduate Education
Professor of Sociology
114 University Hall, 230 North Oval Mall
Columbus, OH 43210
614-247-6641 Office
martin.1026@osu.edu

Jones (vp&dus) redirected it to martin but did not provide me with an alternative completion plan.



**RE: Follow-up on Appeal for MATH 4548 – Request for Confirmation**

Jones, Norman <jones.2376@os... 2025年4月17日 星期四 上午2:53
收件人: Liu, Estelle; 抄送: Martin, Andrew; 还有 1 个

Dear Estelle Liu,

Dr. Martin is the appropriate administrative leader to work with you on this matter. I have been assisting him as he has been attempting to resolve your concern.

My understanding is that Dr. Martin worked with the Mathematics Department to offer you an alternative test-taking arrangement. Jenny Speas in SLDS confirmed that this alternative test-taking arrangement (a distraction-reduced small group setting) meets your accommodation needs. Yet you rejected that resolution.

It would help to know precisely what accommodation would meet your goals of having "an alternative academic completion plan." Are you seeking to take the test at SLDS? Or is there some other outcome you seek?

Respectfully,
Dean Jones

After I complained to the principal, jones blocked me and made threatening remarks. (Now he has unblocked me, but there are ICONS of him blocking me in other documents.)

**RE: Pending Escalation: SLDS Violation, ER Admission, and Administrative Deflection – MATH 4548**

Jones, Norman <jones.2376@os... 2025年4月17日 星期四 上午8:21
收件人: Liu, Estelle

Good morning, Estelle,

I just want to let you know that this email (below) does not escalate your concern any higher than it has already been escalated. Dr. Andrew Martin will continue to serve as your point of contact. Please do not expect any response from the Office of the President or the Provost, as I always respond on their behalf for matters pertaining to undergraduates.

Dr. Martin and I are continuing to work on your request.

All the best,
Dean Jones

SLDS shifted the responsibility to the professor



**RE: Flex Plan Application – Attendance Notification**

Speas, Jenny <speas.11@osu.ed... 2025年4月16日 星期三 上午 10:21
收件人: Liu, Estelle

Hi Estelle,

I am not exactly sure what you mean by a formal appeal, but I have reached out to Dr. Luo by email. The expectation is for students to communicate with instructors regarding the use of their flex plans, however, so if there are specific concerns regarding your communication with him, that would be important to understand.

I will update you when/if I hear more.

Warmly,

Jenny

A student suddenly sent me a note saying it was said by Professor luo, but I had no idea. Does this count as information leakage? Did the other party know about my accommodation



**4548 Lecture Notes**

Ferrigni, Vivian <ferrigni.1@buck... 2025年4月17日 星期四 上午 10:28
收件人: Liu, Estelle

4548 Lecture Notes...
2.4 MB

下载 · 预览

Hi Estelle,

I got your email from Professor Luo, attached are the notes I took during Wednesday's lecture.

Best,
Vivian Ferrigni

ODHE asked me to go to the school board



**RE: Urgent Follow-Up: Student Complaint Submitted by Estelle Liu (Time-Sensitive Case)**

ODHE-Complaints@highered.ohi... 2025年4月18日 星期五 上午 9:54
收件人: Liu, Estelle; ODHE-Complaints@highered.ohio.gov

| **This Message Is From an External Sender** This message came from outside your organization. | Report Suspicious |
|---|---|

I'm afraid we will need some time to review. It is not clear that this is a State or Federal issue. ODHE is a coordinating and not a governing agency with student complaints so our role is limited. We can't override OSU decisions. That authority is with the OSU Board of Trustees.

# Grievance to the president

发件人: Liu, Estelle <liu.10412@buckeyemail.osu.edu>
日期: 星期四, 2025年4月17日 21:10
收件人: OSU Office of the President <president@osu.edu>
抄送: facultyombuds <facultyombuds@osu.edu>
主题: Formal Grievance Submission – Request for Independent Review (Estelle Liu)

**Dear Grievance Committee,**

I hope this message finds you well.

As this grievance directly involves **Vice Provost Bruce McPheron Jones**, I respectfully request that he be excluded from any review, handing, or internal forwarding of this complaint. Given the nature of the retaliation I've documented—including the blocking of my university email and refusal to engage further—his involvement would represent a clear conflict of interest and undermine the neutrality of the review process.

I am formally submitting a grievance concerning the unresolved implementation of my SLDS accommodations and the handling of my academic appeal for MATH 4548. Although my appeal was denied, the response failed to address the actual nature of my request and misrepresented the role of SLDS. I am therefore requesting an independent review by a neutral party with no prior involvement in this matter.

**Key Issues:**

- **My SLDS Flex Plan**, approved in mid-April, documents psychological barriers that prevent me from safely completing in-person, instructor-proctored exams.
- The university denied or ignored my proposed alternatives on the basis that **SLDS had not authorized them**, even though **SLDS does not control course completion formats**—that responsibility lies with the academic unit.
- The accommodation was never implemented, and I received **no engagement from the instructor** or department regarding my proposed solution.
- I received a message from **Vice Provost Jones stating I would not receive a response**, followed by a temporary **block of my university email account**.
- Since then, multiple offices—including SLDS, DUS, and the Dean's Office—have gone silent.

**Retaliation & Privacy Concerns:**

# The Board of OSU was informed

**Escalation to OSU Board of Trustees: Accommodation Appeal per ODHE Guidance**

LE

Liu, Estelle <liu.10412@buckeye... 2025年4月18日 星期五 上午 11:42
收件人: OSU Board of Trustees
抄送: facultyombuds; OSU Office of the President

Supporting evidence... 1.3 MB
Final Grievance Lett... 85 KB
Administrative Defie... 1.1 MB
Summary .pdf 160.8 KB
Estelle Liu - MATH 4... 163.2 KB

全部下载 · 预览全部

Also I want to add some attachments.
Sincerely,
Estelle

发件人: Liu, Estelle <liu.10412@buckeyemail.osu.edu>
日期: 星期五, 2025年4月18日 11:40
收件人: OSU Board of Trustees <board@osu.edu>
抄送: facultyombuds <facultyombuds@osu.edu>, OSU Office of the President <president@osu.edu>
主题: Escalation to OSU Board of Trustees: Accommodation Appeal per ODHE Guidance

I have never refused to complete the course. I refuse to take the exam in a different place. This is originally different from my alternative



Redirect me to advisor



Reapply to incomplete+alternative



Professor Luo agreed, but later Rico changed his mind





**Re: Incomplete application for math 4548**

Hello Estelle,
Thanks for your email.
To clarify, you never asked me before for "alternative completion" or "Incompleteness"
for Math 4548, and I never declined any such request from you.
Yes, we can wait after May 1 to discuss the details for you to complete this course.

Sincerely,
Wenzhi Luo

**Re: Math 4548 incomplete**

Hi Estelle,
I will assign "Incomplete" grade tomorrow as your grade for the course SP25 Math 4548.
We'll discuss on 5/2, the suitable time for you to take the Math 4548 make-up Final Exam
with SLDS, if you feel ready.

Wenzhi Luo



# Redirected me to advisor



**Re: incomplete application**

Dear Estelle,

While academic advisors are involved with course planning, they also play an important role in helping to address broader academic issues, especially when these issues may affect your planned timeline to graduate. In this case, I believe your advisor, Rodica Barbu, should be made aware, not because this is so much about scheduling, but because the consequences of taking an incompletes touches on your academic progress. The academic advisors are the experts at understanding these issues and are here to help you navigate those issues.

If you haven't already talked with Rodica Barbu about this, that's totally fine. I'm just trying to understand where we are in this process.

~jim

# Dean Horn knew



**Urgent Request for Alternative Completion – MATH 4548**

Liu, Estelle <liu.10412@buckeye... 2025年4月15日 星期二 上午7:30
收件人: Horn, David
抄送: Martin, Andrew; Fowler, Jim

EstelleLiu_Alternativ... 1.1 MB
Liu_Estelle_Supporti... 57.7 KB

全部下载 · 预览全部

Dear Dean Horn,

I hope this message finds you well. My name is Estelle Liu, and I am a graduating senior in the College of Arts and Sciences with active accommodations through Student Life Disability Services (SLDS). I am writing to respectfully seek **urgent support** regarding **MATH 4548** — the final outstanding requirement for my undergraduate degree — which I have been unable to complete through standard procedures due to **documented psychological barriers**.

Over the past two weeks, I have followed all appropriate university channels, including formal communication with Vice Chair Fowler, SLDS, and Associate Dean Martin. Despite

Scott agreed to the meeting. Later, when I was hospitalized and wanted to change the time, he suddenly refused and redirected it over to SLDS

**Re: incomplete application**

Lissner, L. Scott <lissner.2@osu... 2025年4月24日 星期四 下午2:33
收件人: Liu, Estelle

Estelle,

I am happy to arrange a virtual meeting. Today and tomorrow and Monday my calendar is pretty full. Keep me posted about your incompletes. Beginning Tuesday my schedule is much more flexible if you want to suggest a few days and times that work for you I can set up a zoom call.

L. Scott Lissner
Americans With Disabilities Act Coordinator and Section 504 Compliance Officer
Civil Rights Compliance Office, Office of University Compliance and Integrity

[illegible]

Give Disability Access Feedback and Report Concerns
"You are not obligated to complete the work, but neither are you free to desist from it."

**Re: incomplete math4548**

Lissner, L. Scott <lissner.2@osu.... 2025年4月30日 星期三 上午11:24
收件人: Liu, Estelle; 抄送: Speas, Jenny

Estelle,

I am glad you are out of the hospital and doing better. As I have said, SLDS will work with you and your instructors to identify and implement reasonable accommodations for your academic work. The incompletes will allow you and Jenny the time you need to meet and develop a plan.

Under OSU policy SLDS completes the initial approval of accommodations based on your narrative and medical documentation. Your faculty rely on their recommendations for guidance. If you disagree with the recommendations then my office reviews the accommodations and course requirements and makes a final determination.

The next step in the process it to meet with Jenny.

Clearly knowing that I was in hospital, they asked me to take the exam



**Math 4548 incomplete**

Fowler, Jim <fowler@math.osu.e...    2025年4月20日 周日   下午 2:23
收件人: Liu, Estelle

Dear Estelle,

Since I was going to be proctoring the exam, I wanted to check with you as to whether or not you'll be taking the final exam tomorrow (April 29) for Math 4548. If you're pursuing the incomplete with the instructor, I expect you won't be sitting for the exam tomorrow.

~jim

**Math 4548 exam reminder**

Fowler, Jim <fowler@math.osu....    2025年4月29日 星期二 上午 10:35
收件人: Liu, Estelle

I wanted to include a quick reminder for your Math 4548 exam today (April 29):

Your exam will take place in a different location, namely Student Academic Services Building, Room 281, from 12:00 PM to 1:45 PM.

You don't need to check in at the front desk unless you'd like help with directions. Just head to the second floor (elevator or stairs) and walk to the far eastern end of the building.

~jim

# slds meeting

**before meeting**

Liu, Estelle <liu.10412@buckeyem...    2025年5月25日 星期三 上午 9:43
收件人: Steiner, Jenny
抄送: Lismer, L. Brett   mssteinjones@nationsw.com

SLDS Authorized Rel...
358.6 KB

下载 ∨ 预览

Hi Jones,

Thank you for your message. I've completed and attached the requested Release of Information form, strictly for documentation and transparency purposes.

Please note that this authorization is limited to ensuring procedural clarity and does not indicate agreement with how my case has been handled to date. I look forward to discussing next steps during Monday's meeting.

Best,

Estelle Liu

It seems that the professor deleted the syllabus on Carmen, but I recorded it



**Re: Instructor's Deletion of Course Syllabus After Accommodation Request**

Lissner, L. Scott <lissner.2@osu.e... 2025年5月4日 星期日 下午2:07

收件人: Liu, Estelle; Speas, Jenny; 抄送: Jones, Norman

Give Disability Access Feedback and Report Concerns

"You are not obligated to complete the work, but neither are you free to desist from it."

**From:** Liu, Estelle <liu.10412@buckeyemail.osu.edu>
**Date:** Friday, May 2, 2025 at 9:47 PM
**To:** Speas, Jenny <speas.11@osu.edu>
**Cc:** Lissner, L. Scott <lissner.2@osu.edu>, Jones, Norman <jones.2376@osu.edu>
**Subject:** Instructor's Deletion of Course Syllabus After Accommodation Request

To All,
I would like to formally document that shortly after I submitted my PowerPoint presentation outlining a proposed alternative completion plan for MATH 4548, the official course syllabus was removed from the Carmen course site without any explanation or notice.
Fortunately, I had previously saved a copy of the original syllabus and also screen-recorded its availability while it was still accessible to students. Both the document and the recording have been preserved and can be submitted as evidence if needed for any future review or proceeding.
Sincerely,
Estelle Liu

4548 syllbus

SLDS rejected my alternative again

**SLDS Follow Up**

Speas, Jenny <speas.11@osu.edu> 2025年5月6日 星期二 下午3:28

收件人: Liu, Estelle; 抄送: Aune, Heidi; 还有2个

After reviewing the above documentation and your student narrative from our meeting, SLDS is happy to work with you to schedule your MATH 4548 final in one of two ways:

1. In a private room in our testing center at Baker Hall on campus

OR

2. Proctored remotely by SLDS staff in a virtual setting.

If you are interested in moving forward with either of these options, I am very happy to work with your professor and Exam Services to find a time that is convenient for you to sit for the final.

Please know that while your documentation does substantiate the dates of your treatment in April 2025, it does not establish a disability-related need for an alternative to the exam format. Though we can provide the options outlined above for your MATH 4548 final, we recommend reviewing the university's documentation guidelines (available here: https://slds.osu.edu/about-us/policies/documentation-guidelines) with your care team as you consider submitting additional documentation. We would be very happy to review it for additional information and accommodation alternatives.

As promised, I also wanted to share our grievance policy, so that you will know what steps to take should you not wish to act on any of the options above:

Any person who has encountered a barrier to access or believes they have been improperly denied the benefit of, or access to a program, service, or activity may submit a grievance to the ADA Coordinator's office at 614-292-6207 or ada-osu@osu.edu.

Formally request scott Grievance again to re-evaluate the decision of slds

**From:** Liu, Estelle <liu.10412@buckeyemail.osu.edu>
**Date:** Thursday, May 8, 2025 at 11:21 AM
**To:** Lissner, L. Scott <lissner.2@osu.edu>
**Subject:** Formal ADA Grievance Request Regarding Denial of Medically Appropriate Accommodations

Dear Mr. Lissner,

I am writing to formally request an ADA grievance review regarding the denial of a medically appropriate accommodation for my course MATH 4548. This request follows significant health deterioration and unresolved failures by both SLDS and academic units to implement a viable path to course completion. As advised by SLDS, I am now escalating this matter to your office for higher-level review under the grievance procedures outlined in the SLDS Student Handbook.

My diagnosed conditions — including complex PTSD, panic disorder, OCD, MDD, and social anxiety — render traditional high-stakes, timed exams medically unsafe. While SLDS has authorized individual-room testing due to social anxiety, this



Re: Formal ADA Grievance Request Regarding Denial of Medically Appropriate Accommodations

Dear Mr. Lissner,
Thank you again for initiating the review.
I am currently preparing a set of supplemental documents for your consideration, which provide medical, procedural, and academic context for my grievance. These materials include:
- **Exhibit A:** Declaration of Irreparable Harm and Institutional Misconduct
- **Exhibit B:** Medical documentation of ER visits and discharge (April 15 – 30)
- **Exhibit C:** SLDS Flex Plan and relevant syllabus excerpts
- **Exhibit D:** Formal Alternative Completion Proposal for MATH 4548
- **Exhibit E:** Summary of administrative deflection and procedural violations
- **Exhibit F:** Comprehensive timeline and clarification chart
- **Exhibit G:** Past medical and psychological records (to establish history and accommodation relevance)

I plan to send the files shortly as a single packet. Please let me know if there are any file format preferences or submission guidelines I should follow.
Best regards,
Yuhan Liu

## 4.2 contacted ad



Question About Minimum Grade Requirement for MATH 4548

Dear Barbu Rodica,

I hope you're doing well. I'm reaching out with some urgency regarding MATH 4548, which I understand is a required course for my major and critical for my graduation timeline.

Unfortunately, my performance in this course has not gone well, and I'm deeply concerned that I may not meet the minimum grade required. I want to be as proactive as possible, so I was hoping you could help clarify a couple of things.

Could you please confirm:

Is the minimum grade required for this course a C- (70%) in order for it to count toward the major requirement?

Also, in the event that I do not meet this requirement, I was wondering whether there might be an opportunity to retake the course during the summer term, or if it's typically only offered in the fall.

This course directly impacts my planned graduation and graduate school enrollment, so I'd really appreciate any advice or options you can suggest.

# Settlement



**Settlement Proposal – Failure to Implement SLDS Accommodations (Time-Sensitive)**

Liu, Estelle <liu.10412@buckeye...
收件人: OSU Board of Trustees
抄送: facultyombuds, OSU Office of the President

Settlement.pdf
363.4 KB

Dear Members of the OSU Board of Trustees,

My name is Estelle Liu, and I am a graduating senior in the College of Arts and Sciences with active accommodations through Student Life Disability Services (SLDS).

Following months of formal communication, administrative delays, and the university's failure to implement my approved accommodations for MATH 4548, I have prepared a full

# Inform the school of medical background



**Clarification on Medical Background – Final Submission Before Escalation**

Liu, Estelle <liu.10412@buckeye...
收件人: OSU Board of Trustees
抄送: facultyombuds, OSU Office of the President

As a final note, I would like to clarify the medical foundation of my accommodation request.

In 2023, I received ongoing mental health treatment through OSU's behavioral and emergency care system. My diagnosis includes anxiety, panic disorder, and obsessive-compulsive symptoms. In late 2023, due to clinical concerns, I was formally required to sign a suicide prevention agreement under the university's risk protocol.

In 2024, I began working with a licensed psychologist in Columbus, with ongoing Zoom and in-person sessions. These efforts are well documented, and my accommodations reflect not just current needs, but long-term, medically supported impairments.

# Settlement again

**Supplement to Settlement Proposal – Documentation of Formal Accommodation Failure**

Liu, Estelle <liu.10412@buckeye...
收件人: OSU Board of Trustees
抄送: OSU Office of the President

Dear Members of the Board,

Further to the settlement proposal I submitted earlier, I would like to formally supplement the record with a detailed summary of the events that led to my request, and of the subsequent administrative handling that has contributed to my current situation.

This supplemental documentation is provided for the purpose of full transparency and to clarify the institutional failures that have occurred in the coordination and implementation of federally protected accommodations.

**(1) Formal Request on April 8**
On April 8, I formally submitted a written request for an **alternative academic completion plan** to Dr. Jim Fowler, the Vice Chair for Undergraduate Studies. This request was based on a **documented psychological disability** and supported by my active SLDS registration. Dr. Fowler acknowledged receipt on April 9 and stated he had forwarded the request to the course instructor.

**(2) What I Requested**
I did **not** request to be excused from the course or to receive unearned academic credit. I asked to fulfil course requirements via a **non-traditional assessment format**. In

## Provide the documents to prove my medical record

**Follow-Up Regarding Urgent Accommodation Concerns for MATH 4548**

LE
Liu, Estelle <liu.10412@buckeye... 2025年4月22日 星期二 上午3:48
收件人: OSU Office of the President
抄送: OSU Board of Trustees

截屏 2025-04-22 03... 1.3 MB
截屏 2025-04-22 03... 1.3 MB
MyChart - Past Visit... 527.9 KB
MyChart - Past Visit... 319 KB
MyChart - Past Visit... 223.6 KB
全部下载 · 预览全部

Dear President Carter,
I'm writing to follow up regarding an urgent disability accommodation concern that remains unresolved despite repeated communication with academic departments and disability services.
**My accommodation request is not simply about changing the location of a final exam, but about removing an environment and structure that has already caused documented psychological harm.** My SLDS-approved Flex Plan was not designed merely to provide an alternative room — it was intended to protect me from settings that are medically known to trigger episodes which compromise both my

## Give the medica record to slds, vc chair and ada coordinator again

**Request for Remote Completion Structure – Incomplete Coordination and SLDS Support**

LE
Liu, Estelle <liu.10412@buckeye... 2025年4月24日 星期四 下午12:23
收件人: Fowler, Jim; Speas, Jenny; Lissner, L. Scott

截屏 2025-04-23 13... 1.3 MB
MyChart - Past Visit... 527.9 KB
MyChart - Past Visit... 319 KB
MyChart - Past Visit... 223.6 KB
Summary .pdf 200.9 KB
全部下载 · 预览全部

Dear SLDS and Vice Chair Fowler,

I am writing to confirm that I have now submitted formal Incomplete requests

## Chair Dongbin Xu

**Re: Request for Academic Coordination on SLDS-Reevaluated Alternative Completion Plan**

LE
Liu, Estelle <liu.10412@buckeyemail.osu.edu> 昨天 上午10:40
收件人: Xiu, Dongbin
抄送: Speas, Jenny; Lyons, Madalyn; Martin, Andrew; Fowler, Jim; Horn, David; Luo, Wenzhi

Additionally, my approved accommodation explicitly includes access to lecture notes or equivalent materials. However, I have not been provided with any



SLDS dean

Request for Re-Evaluation of Disability Accommodations Based on Medical Deterioration

Liu, Estelle <liu.10412@buckeye...

收件人: Lyons, Cheryl; Speas, Jenny

Dear SLDS Team,

I am writing to formally request a re-evaluation of my disability accommodations in light of substantial medical changes that occurred between April 15 and April 30, including an acute hospitalization from April 24 to April 30.

While my current accommodations cover individual testing due to social anxiety, my medical condition also includes CPTSD, panic disorder, OCD, and now Major Depressive Disorder (MDD). These conditions collectively render traditional high-stakes, timed exams medically unsafe for me, even when administered in isolation.

It is important to emphasize that I experience overlapping forms of disability: my social anxiety necessitates a private testing environment, while my trauma-related and mood disorders make it medically inappropriate for me to engage in high-pressure, time-constrained exams. Even in a one-person room, these conditions — especially CPTSD and panic disorder — can trigger severe symptoms such as dissociation, emotional flooding, and cognitive shutdown. This was precisely the case in 2023, when I was hospitalized after attempting to prepare for such an exam.

After VP Jone re block received the case filed by ocrc

The school knew that I might get into er in the exam, but still asked me to take it and told me to seek ccs (psychological counseling).



I am also deeply concerned about what would happen if I became unwell during the exam. I have no confidence that the proctor or observer would recognize the urgency or contact emergency services. This is part of the risk I've repeatedly tried to raise.

For privacy reasons, I submitted my medical records directly to the university president, rather than having them circulated among multiple offices.

If I end up in the ER during or after the exam, the university will be fully liable. You have now been formally notified.

Sincerely,
Estelle

**From:** Martin, Andrew <martin.1026@osu.edu>
**Sent:** Tuesday, April 22, 2025 9:05 AM
**To:** Liu, Estelle <liu.10412@buckeyemail.osu.edu>; Fowler, Jim

<luo@math.osu.edu>
**Cc:** Jones, Norman <jones.2376@osu.edu>
**Subject:** RE: Testing in Student Academic Services Building

Hi Estelle,

SLDS could potentially recommend alternative formats for an exam, but they would need to make that determination and would need additional information from you including the information you shared with the president. They are the experts in identifying appropriate accommodations, which is why academic units rely on them for guidance. The only way for you to receive additional accommodations at this point would require you first to meet with Jenny in SLDS so that she can determine whether additional accommodations can be approved by SLDS.

I understand that this situation is stressful, so I would like to remind you that the university has counseling services available: https://ccs.osu.edu/ Since the situation is urgent, please call them at 614-292-5766.

Best,
Andrew

THE OHIO STATE UNIVERSITY

Andrew B. Martin
Associate Dean for Undergraduate Education
Professor of Sociology
114 University Hall, 230 North Oval Mall
Columbus, OH 43210
614-247-6641 Office
martin.1026@osu.edu

The professor refused to respond to the alternative I had repeatedly proposed, acting as if he had not seen it



Dear Professor Luo,

Thank you for confirming the Incomplete grade for Math 4548.

Due to my current medical condition and accommodations through SLDS, I am unable to complete the standard final exam format, regardless of location, including SLDS testing spaces.

I would like to propose an alternative method to fulfill the course requirements—such as a take-home assignment, oral explanation, or an additional written task—aligned with the course objectives and evaluated on academic merit.

President Carter and Provost Gilliam are all aware of the school



OCR submitted



Resubmitted ocr



**Follow-up Urgent: Delayed Graduation and
Hospitalization Following Accommodation Failure – Requ...**

LE  Liu, Estelle <liu.10412@buckeyem...  2025 年 5 月 1 日, 星期几, 下午 8:12
收件人: OCR.Denver@ed.gov; 抄送: OCR.Cleveland@ed.gov

Dear OCR Denver,

I fully understand your team is handling many cases and appreciate the
important work you do. I am simply following up to ensure that my
complaint, submitted on today, has been received and is moving forward

I initially submitted the same complaint to the OCR Cleveland office on April
17, but received no response. That is why I have now submitted it to the

# ADA

**ADA Complaint – Ohio State University Failure to
Implement Approved Accommodations**

LE  Liu, Estelle <liu.10412@buckeye...  2025 年 4 月 23 日, 星期三, 下午 3:45
收件人: ADA.complaint@usdoj.gov

Dear ADA Complaint Intake,
I am submitting a formal complaint against The Ohio State University for
failure to implement federally protected ADA accommodations. I am a
graduating senior with multiple diagnosed psychological disabilities, including
Panic Disorder and Obsessive Compulsive Disorder, documented through both
campus and hospital records.
Despite receiving formal accommodations from the university's Student Life
Disability Services (SLDS), including Flex Plans and medical approval for

# OCRC

**RE: Case CO,K1(04407)(04192025 – Initial Follow-Up
and Materials Submission**

J  James Ebersbach <hiv.ohio.gov...  2025 年 5 月 1 日, 星期几, 上午 9:45
收件人: Liu, Estelle

This Message Is From an External Sender       Report Suspicious
This message came from outside your organization.

They will be notified via email to the general amount likely the beginning of next
week.

For the Commission,

*James Ebersbach*

James Ebersbach, NCPM, Investigator II
Ohio Civil Rights Commission
Columbus Regional Office
Rhodes State Office Tower
30 E. Broad St., 4th Fl. Rm. 444
Columbus, Ohio 43215-3414
Phone No. (614) 466-7342
James.Ebersbach@civ.ohio.gov (preferred)
FileDept (ohio.gov)
Website: https://crc.ohio.gov

Ohio  Civil Rights
Commission

# Doj

**Thank you for submitting a report to the Civil Rights
Division**

DC  DOJ Civil Rights - Do Not Reply e...  2025 年 4 月 23 日, 星期三, 下午 3:34
收件人: liu.10412@osu.edu

为了帮助您的隐私，本手数将禁中的某些图像阻止了下载。 下载全部图像    取消下载

This Message Is From an External Sender       Report Suspicious
This message came from outside your organization.

U.S. Department of Justice
**Civil Rights Division**
civilrights.justice.gov

Please do not reply to this email. This is an unmonitored account.

Thank you for submitting a report to the Civil Rights Division.
Please save your record number for tracking. Your record number
is: 564421-VWS

If you reported an incident where you or someone else has

# Ferpa

**FERPA Privacy Violation Complaint Submission – Estelle Liu (OSU)**



LE  Liu, Estelle <eliu.10412@buckeye...
收件人： FPRA.Complaints@ed.gov

To the Student Privacy Policy Office,
Please find attached my completed complaint form and supporting documents related to a privacy violation at The Ohio State University. I am submitting this complaint under FERPA and ADA confidentiality protections, as my educational and disability-related information appears to have been disclosed without my consent.
The incident involves a professor sharing my name and university email with

# The governor office

Dear Estelle Liu,

Thank you for contacting the Ohio Governor's Office.

For any major phone conversation, here is the contact information for your United States senators. You can contact Senator Bernie Moreno and Senator Jon Husted by using the contact information provided below.

United States Senator Bernie Moreno
200 N. High St., Room 614
Columbus, Ohio 43215
(614) 469-2083
[https://www.bernie.senate.gov] - online contact form

United States Senator Jon Husted
338 Russell Senate Office Building
Washington, DC 20510
(202) 224-3353
[https://www.husted.senate.gov] - online contact here

Again, thank you for contacting our office. If we can even be of assistance in reaching the Senate, feel free to contact us.

Very respectfully yours,

DeVon Logan
Office of Governor Mike DeWine
Constituent Affairs