发件人: **ASC ASC Graduation Services** ASC-gradsrv@osu.edu
主题: Spring 2025 Graduation - Deadline Elapsed
日期: 2025年5月20日 上午9:59
收件人:



Dear Student,

The Registrar's deadline to award degrees for spring 2025 has elapsed. As a result, your spring 2025 graduation application has been canceled.

Please note that graduation applications **do not forward** to future semesters. You will need to **re-apply for graduation** with your academic advisor. Application deadlines are listed below.

Sincerely,

**ASC Graduation Services**
**The Ohio State University**
**College of Arts and Sciences**
164 Annie and John Glenn Ave, Columbus, OH 43210
asc-grasdsrv@osu.edu
artsandsciences.osu.edu

## Future Application Deadlines

Summer 2025 - Friday, July 11, 2025
Autumn 2025 - Friday, October 31, 2025
Spring 2026 - Friday, March 27, 2026

NOTE: A graduation application is only applicable for the semester listed on the application. You must re-apply for graduation if you withdrew your application, are earning another degree, or had your application canceled for a prior semester.

**RE: Request to Update Program End Date in SEVIS Due to Disability-Related Gradua...**



 Lee, Sooyeon <lee...    2025年4月23日 星期三 下午3:05

收件人:   Liu, Estelle

Hi Estelle,

You will need to work with your academic advisor to cancel your graduation application. Otherwise, the college will notify our office of your graduation and your I-20 program will be shortened to May 4th.

Best,
Sooyeon

 THE OHIO STATE UNIVERSITY

**Sooyeon Lee**
Senior Immigration Specialist
Designated School Official (DSO)

**The Ohio State University**
Office of International Affairs
International Students and Scholars
140 Enarson Classroom Building
2009 Millikin Road, Columbus, OH 43210

Pronouns: she/her