Contrary to OSU's sworn affidavit claiming that Petitioner had a 32.036% course grade, the official university learning portal (Carmen) displayed a 53.39% score at the time. This number reflects only the graded components completed prior to the final exam — which itself accounts for **40% of the total course grade.**

Petitioner had not yet taken the final exam due to documented medical and psychological disability, and had repeatedly requested a reasonable alternative method of completion in accordance with her SLDS-approved accommodation plan.

The discrepancy between the reported 32% and the actual 53.39% is not merely a technical difference — it reflects a **pattern of selective, misleading reporting intended to discredit Petitioner's academic ability,** while concealing the University's failure to provide a viable completion pathway.

**Petitioner did not ask to pass. She asked for a fair opportunity to complete the course under standard grading expectations.** If she were to fail under an accessible format, she would have accepted that outcome.
But she was never given the chance.

**This is not an academic failure. It is a procedural denial.**

