UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

YUHAN LIU,

    **Plaintiff,**

  v.                                        Civil Action 2:25-cv-525
                                                  Chief Judge Sarah D. Morrison
                                                  Magistrate Judge Chelsey M. Vascura

THE OHIO STATE UNIVERSITY,

    **Defendant.**

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Seal. (ECF No. 48.) Therein, Plaintiff requests sealing of Defendant's filing of an Advising Report containing Plaintiff's academic records. (*Id.*) Plaintiff represents that the Advising Report contains confidential academic information protected by the Family Educational Rights and Privacy Act (FERPA) 20 U.S.C. § 1232g. (*Id.*)

    Based on these representations, the undersigned concludes that the Advising Report contains sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion (ECF No. 48) is **GRANTED**. The Clerk is **DIRECTED** to place the Advising Report containing Plaintiff's academic records (ECF No. 40-11) **UNDER SEAL**.

    **IT IS SO ORDERED.**

                                                              /s/ *Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE